In the Matter of the Claim of JOHN KOLB against META BRUMMER and NEW AMSTERDAM CASUALTY COMPANY, Respondent.

THE STATE INDUSTRIAL COMMISSION, Appellant.

*Kolb* v. *Brummer*, 185 App. Div. 835, affirmed.

(Argued February 26, 1919; decided March 18, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department,

entered November 14, 1918, reversing, as to the respondent New Amsterdam Casualty Company an award made under the Workmen's Compensation Law. On August 31, 1916, a policy of workmen's compensation insurance was issued to Richard Brummer by the New Amsterdam Casualty Company, expiring August 31, 1917. On June 28, 1917, Richard Brummer died, leaving all his property to his wife, Meta Brummer, who continued his business in her own name without probating the will. The policy of insurance was transferred by indorsement thereon to Meta Brummer on August 22, 1917. On the day prior to such transfer the claimant sustained the injuries for which the award was made while in the employ of Meta Brummer. The Appellate Division held that the policy was not in force at the time of the accident.

. *Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for appellant.

*Frederick Mellor* for respondent.

Order affirmed, with costs against industrial commission; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN and MCLAUGHLIN, JJ. Dissenting: HOGAN, CUDDEBACK and CRANE, JJ.